UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(3) MARIANO LOZOYA GARCIA,<br><br>Defendant. | 2:17-CR-20639-TGB<br><br>ORDER WITHDRAWING APPEARANCE OF LEARNED COUNSEL |

The Court, having reviewed the Government's Notice of Decision Not to Seek the Death Penalty (ECF No. 146), and after consultation with counsel during a telephonic status conference held on January 27, 2020, hereby withdraws the appearance of Learned Counsel John Bailey on behalf of Defendant Mariano Garcia.

The Court finds that the continued representation of Mr. Garcia by his two other retained attorneys, Attorneys Edward Robinson and Noe Garza, will provide effective assistance of counsel in this case.

DATED this 21st day of April, 2020.

BY THE COURT:
/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge